No. 85–5857. DAMPIER v. LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–5861. BAXTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–5862. CHINDAWONGSE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 85–5863. FLOWERS v. GENERAL MOTORS CORP., BUICK MOTOR DIVISION. Sup. Ct. Mich. Certiorari denied.

No. 85–5864. BRANCEWICZ v. C. E. LUMMUS CO. C. A. 3d Cir. Certiorari denied.

No. 85–5869. LAYNE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–5870. BOAG v. RAINES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 85–5871. PRITCHARD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–5876. MCQUEEN v. BARTON, ASSISTANT SUPERINTENDENT, OPERATIONS, FLORIDA STATE PRISON. C. A. 11th Cir. Certiorari denied.

No. 85–5877. ZENO v. MAGGIO, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–5883. WELCH v. SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 85–5884. MUHAMMED, AKA GRIFFITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 85–5885. TUCKER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 85–5887. OWENS v. UNITED STATES. Ct. App. D. C. Certiorari denied.